**Order filed October 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-16-00118-CR

————————

**JOSE MANUEL NUNCIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 2025967**

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 14.

The exhibit clerk of the Co Crim Ct at Law No 1 is directed to deliver to the Clerk of this court the original of State's Exhibit 14, on or before October 28, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 14, to the clerk of the Co Crim Ct at Law No 1.

PER CURIAM